for petitioners. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 707. City of New York *v.* United States et al. March 3, 1941. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for respondents.

No. 663. Obartuch *v.* Security Mutual Life Insurance Co. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Roy Massena* and *Donald N. Schaffer* for petitioner. *Messrs. Dwight S. Bobb* and *Robert W. Childs* for respondent.

No. 672. H. B. Nelson Construction Co. *v.* United States. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 673. H. B. Nelson Construction Co. *v.* United States. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *So-*

licitor General Biddle, Assistant Attorney General Shea, and Mr. Melvin H. Siegel for the United States.

No. 675. Seeds et al. v. United States. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. Mr. Walter Biddle Saul for petitioners. Solicitor General Biddle, Assistant Attorney General Shea, and Messrs. Melvin H. Siegel and Thomas E. Harris for the United States.

No. 723. Jordan et al. v. Fisher et al. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. E. L. Klett and W. W. Campbell for petitioners. Mr. Alfred McKnight for respondents.

No. 747. Sheppard, Comptroller of Public Accounts, et al. v. Carpenter. March 3, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. Messrs. Gerald C. Mann, Attorney General of Texas, Grover Sellers, First Assistant Attorney General, R. W. Fairchild, Ocie Speer, and Geo. W. Barcus, Assistant Attorneys General, for petitioners. Messrs. Dan Moody, Everett L. Looney, Claude V. Birkhead, R. L. Bobbitt, and Charles L. Black for respondent.

No. 613. Robbins v. Sanford, Warden. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further in forma pauperis, denied. Mr. James